UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

   Poaboys, Inc.                                      Case No. 07-58376-WSD
                                                         Honorable Walter Shapero
_____/    Chapter 7


NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

      The enclosed check in the amount of $261.55 represents the total sum of unclaimed dividends in this estates bank account and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these dividends is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Screen Vision<br>360 Linden Oaks<br>Rochester, NY 14625 | 5 | $ 57.80 |
| Intellitrends<br>8031 M-15, Suite 120<br>Clarkston, MI 48348 | 8 | $ 117.53 |
| Jennifer Bordes<br>4257 Cherry Hill Drive<br>Orchard Lake, MI 48323 | 10 | $ 12.61 |
| Fuller Dundun, PLC<br>1603 East Nine Mile Road<br>Ferndale, MI 48220 | 16 | $ 51.60 |
| Signs By Tomorrow<br>31930 Woodward Avenue<br>Royal Oak, MI 48073 | 19 | $ 22.01 |

Date: September 3, 2009   /s/   Homer W. McClarty
Homer W. McClarty, Trustee (P26670)
24400 Northwestern Highway
Suite 204
Southfield, MI 48075
(248) 352-7686
trustee@morganmcclarty.com